# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. **1:10-cv-01401-JLK**

**KEVIN STRINGER, and**
**SELDA STRINGER**

    Plaintiffs,

        v.

**I.C. SYSTEMS, INC.,**

    Defendant.

## ORDER

Kane, J.

On December 14, 2010, an Order to Show Cause(doc. 2) was issued, directing Plaintiffs to show cause for their failure to serve the Defendant in this matter. Plaintiffs responded, indicating that they had erroneously filed the case in the District of Colorado, and that they would file a motion to dismiss without prejudice. Instead of waiting for Plaintiffs to file such motion, pursuant to Rule 4(m) of the Fed. R. of Civ. P., this case is DISMISSED WITHOUT PREJUDICE.

Dated: January 31, 2011                                       BY THE COURT:

                                                                           **/s/ John L. Kane**
                                                                           SENIOR U.S. DISTRICT JUDGE